UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

    Plaintiff,

  v.

WILIBEES LLC, et al.,

    Defendants.

Case No. 20-cv-06844-DMR

**ORDER OF CONDITIONAL DISMISSAL**

The court has been notified of the settlement of this action, and it appears that no issue remains for the court's determination.

IT IS HEREBY ORDERED that this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed by no later than January 29, 2021. All scheduled dates, including the trial and pretrial dates, are VACATED.

**IT IS SO ORDERED**.

Dated: December 10, 2020



DONNA M. RYU
United States Magistrate Judge